ACCEPTED
01-14-00116-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 1:54:29 PM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS FOR THE STATE OF TEXAS

BENEDICT EMESOWUM )
Appellant )
     )
  vs. )
     )
     )
     )
STATE OF TEXAS )
Appellee )

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 1:54:29 PM
CHRISTOPHER A. PRINE
Clerk

Trial Case No. 1849562

Appellate Case No. 01-14-00116-CR

## APPEAL BRIEF

NOW COMES Appellant, Benedict Emesowum, and respectfully files this statement regarding jurisdiction for this appeal that was absent in Appellant's brief filed with the court. This was inadvertent due to the overwhelming need to address the 100+ points of error and intentional acts that occurred in the trial court and beyond.

## STATEMENT ON JURISDICTION

This court of appeals has jurisdiction over this case pursuant to Texas Code of Criminal Procedure, Art 4.03, which states that: "The Court of Appeals shall have appellate jurisdiction coextensive with the limits of their respective districts in **all criminal cases** except those in which the death penalty has been assessed…."

Sincerely,

_____
Benedict Emesowum, MPH

## CERTIFICATION OF SERVICE

I, Benedict Emesowum, do hereby certify that a copy of the attached appeal brief were delivered to District Attorney's office, this 16th day of February 2015.

Sincerely,

_____
Benedict Emesowum, MPH
P.O BOX 53911,
Houston, TX 77052

Page 1 of 1